Rec # 3595

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| RONALD E TAYLOR | |
| Debtor(s) | CASE NO. BKY 05-90793 GFK |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to OSI COLLECTION SERVICES, INC. in the amount of $17.08, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| OSI COLLECTION SERVICES, INC.<br>PO BOX 947<br>BROOKFIELD, WI 53008-0947 | 4 | $17.08 |

ACCOUNT NUMBER:
3948898907

**Jasmine Z. Keller, Trustee**

Dated: April 1, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 11 APR -4 AM 11: 24 U.S. BANKRUPTCY COURT ST. PAUL, MN